Form 170 − ntchrgdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 26−16248−EJO
Chapter: 7
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Trade Flow Technologies Inc.
10 Nassau St.
STE 31
Princeton, NJ 08542

Social Security No.:

Employer's Tax I.D. No.:
93−2439153

---

**NOTICE OF HEARING ON DISMISSAL OF CASE**

Notice is hereby given that:

☑ A Motion to Dismiss has been filed by Thomas Orr, Trustee.

☐ An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

- ☐ The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.
- ☐ The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.
- ☐ The corporate debtor is self−represented.
- ☐ Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Eamonn James O'Hagan on,

Date: 9/3/26
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: August 3, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
Trade Flow Technologies Inc.
Debtor

Case No. 26-16248-EJO
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2

Date Rcvd: Aug 03, 2026 | Form ID: 170 | Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trade Flow Technologies Inc., 10 Nassau St., STE 31, Princeton, NJ 08542-4510 |
| 521236354 | + | JCP Enterprises LLC, 10 Reeds LN, Woodcliff Lake, NJ 07677-8348 |
| 521236356 | + | Rudolf Yagudayev, 1 Ardmore Place, East Brunswick, NJ 08816-5262 |
| 521236357 | + | Shestakov Enterprises LLC, 825 Hillside Avenue, Franklin Lakes, NJ 07417-1411 |
| 521236358 | + | Yehuda Capital LLC, 1 Ardmore Place, East Brunswick, NJ 08816-5262 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 03 2026 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 03 2026 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521236355 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 03 2026 22:01:53 | JPMorgan Chase Bank, N.A., Mail Code LA2-7100, 1414 Woodward Avenue, Ruston, LA 71270-2015 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2026 at the address(es) listed**

**below:**

| **Name** | **Email Address** |
|---|---|
| Carl Levitt | on behalf of Debtor Trade Flow Technologies Inc. clevitt@levkazlaw.com |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3