| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>**McManimon, Scotland & Baumann, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>609.695.6070<br>*Proposed Attorneys for Chapter 7 Trustee,*<br>*Thomas J. Orr* | |
| In Re:<br><br>Trade Flow Technologies, Inc.<br><br>Debtor | Case No. 26-16248(EJO)<br><br>Honorable Eamonn James O'Hagan, U.S.B..<br><br>Chapter 7 |

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Andrea Dobin, being of full age, certify as follows:

1. I am seeking authorization to be retained as counsel to the Chapter 7 Trustee.

2. My professional credentials include: I am an attorney-at-law duly admitted to practice before this Court and a partner in the firm of McManimon, Scotland & Baumann, LLC ("MSB"). My firm and I possess the requisite expertise in the handling of bankruptcy and reorganization proceedings, as well as general corporate, litigation and other related matters.

3. I am a member of or associated with the firm of: I am a partner in the firm of MSB, having offices at 427 Riverview Plaza, Trenton, New Jersey.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows: The hourly rates are as follows: Partners $325/$675; Associates

$220/$375; Law Clerks $145/$175; Paralegals and Support Staff $145/$175. MSB reserves the right to adjust its hourly rates in the ordinary course of its business and to seek reimbursement for expenses and disbursements.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe connection: I am a sitting Trustee on the New Jersey Panel Trustee.

6. I have determined, on a preliminary basis, that no relationships exist that must be disclosed in this matter. However, the firm's conflict review process is not yet completed. If relationships are discovered, as a result of this process that must be disclosued, a supplemental certification will be filed outlining those conflicts. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection:

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

- ☒ do not hold an adverse interest to the estate.
- ☒ do not represent an adverse interest to the estate.
- ☒ are disinterested under 11 U.S.C. § 101(14).
- ☐ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).
- ☐ Other, explain:______________________________________________________

______________________________________________________________________

8. If the professional is an auctioneer,

a. A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

☐ Yes ☐ No

b. My qualifications and previous experience as an auctioneer include:

______________________________________________________________________

______________________________________________________________________

c. Have you or any member of your firm ever been convicted of any criminal offense, other than motor vehicle violations?

If yes, explain:____________________________________________________

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

______________________________________________________________________

______________________________________________________________________

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 10.13.2026

/s/ Andrea Dobin
Signature of Professional

Andrea Dobin
Name of Professional