| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**THOMAS J. ORR, CHAPTER 7 TRUSTEE**<br>321 High Street<br>Burlington, NJ 08016-4496<br>609.386.8700 | |
| In Re:<br><br>Trade Flow Technologies, Inc.<br><br>Debtor | Case No. 26-16248(EJO)<br><br>Honorable Eamonn James O'Hagan, U.S.B.J.<br><br>Chapter 7 |

**ORDER AUTHORIZING RETENTION OF MCMANIMON SCOTLAND AND BAUMANN, ATTORNEYS FOR THOMAS J. ORR, CHAPTER 7 TRUSTEE**

The relief set forth on the following page is **ORDERED.**

Upon the applicant's request for authorization to retain McManimon Scotland & Baumann as Attorneys for Trustee it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: 427 Riverview Plaza
   Trenton, NJ 08611

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional be only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.