| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**McManimon, Scotland & Baumann, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>609.695.6070<br>*Proposed Attorneys for Thomas J. Orr, Chapter 7 Trustee* | |
| In Re:<br><br>Trade Flow Technologies, Inc.<br><br>Debtor | Case No. 26-16248(EJO)<br><br>Honorable Eamonn James O'Hagan, U.S.B.J.<br><br>Chapter 7 |

**CERTIFICATION OF SERVICE**

1. I, Terri E. Olsen :

☐ represent the ___________ in the above-captioned matter.

☒ am the secretary/paralegal for Andrea Dobin, proposed counsel to the Chapter 7 Trustee in the above captioned matter.

☐ am the ________________ in the above case and am representing myself.

2. On October 13, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Retention Application for McManimon, Scotland & Baumann, LLC.
Certification of Andrea Dobin, Esq.
Proposed Order
Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 10.13.2026

/s/ Terri E. Olsen
Terri E. Olsen

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Trade Flow Technologies, Inc.<br>10 Nassau Street<br>Suite 31<br>Princeton, NJ 08542 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____________<br>(As authorized by the Court or by rule. Cite the Rule if applicable.)*) |
| Carl Levitt, Esq.<br>The Law Office of Levitt and Kazan<br>60 Park Place<br>Suite 305<br>Newark, NJ 07102 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____________<br>(As authorized by the Court or by rule. Cite the Rule if applicable.)*) |
| Thomas J. Orr<br>Law Office of Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016 | Chapter 7 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other_____email___<br>(As authorized by the Court or by rule. Cite the Rule if applicable.)*) |
| Office of US Trustee<br>One Newark Center<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other_____________<br>(As authorized by the Court or by rule. Cite the Rule if applicable.)*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

4861-2346-1745, v. 1