UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, New Jersey 08611
Tel. 973-681-7979
Joseph R. Zapata, Jr., Esq.
jzapata@msbnj.com
Attorneys for Thomas J. Orr, Trustee

In Re:
TRADE FLOW TECHNOLOGIES, INC.,
Debtor.

Case No.: 26-16248 (EJO)

Chapter: 7

Judge: Eamonn J. O'Hagan

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Thomas J. Orr, Chapter 7 Trustee. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: c/o Joseph R. Zapata, Jr., Esq.
McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, New Jersey 08611

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: October 19, 2026

/s/ Joseph R. Zapata, Jr., Esq.
Signature